- 1 -

1  Your Name: Ronnie Lynn Briggs
2  Address: General Delivery
3  Phone Number: non
4  Fax Number: non
5  E-mail Address: non
6  Pro Se Plaintiff

FILED
MAR -5 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ronnie Briggs

Plaintiff,

vs.

Pittsburg Mayor
Police Commander
Police Chief
Alie

Defendant.

Case Number  *[leave blank]*
CV25-02266    PHK

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☒  No ☐

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

23  Name: Ronnie Lynn Briggs
24  Address: non
25  Telephone: non

COMPLAINT

PAGE ___ OF ___  *[JDC TEMPLATE – Rev. 05/2017]*

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: Mayor of Pittsburg Ca 94565
Address: 65 Civic ave
Telephone:

Defendant 2:
Name: Pittsburg Police Commander
Address: 65 Civic ave
Telephone:

Defendant 3:
Name: Thom Bumstead
Address: Parkside
Telephone:

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[☑] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] Deprivation on health and welfare.

[☑] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000. Yes this sh should hold enough water too be labled as Crimes against humanity & then add that subject played a major part in creating what we live in now, And all of a sudden we become targets for these people to just what they want

COMPLAINT
PAGE ___ OF ___   [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

[X] a substantial part of the events I am suing about happened in this district.

[ ] a substantial part of the property I am suing about is located in this district.

[X] I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

[ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in _Co Co_ County, it should be assigned to the _1. San Francisco_ Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

Pittsburg Ca, 2015 the City officals. Thayer happen to every tommany acts of deversity to just think look an recall them, Please understand situations that I Ronnie Briggs was victimized to just call them off.

COMPLAINT
PAGE ___ OF ___   [JDC TEMPLATE – Rev. 05/2017]

I was tied, lied to an Kid Nap I Ronnie L Briggs was Lied to, and Lied on, Also theaten with a few crimes of adding Family Members.

I not only thought that mr Lilie was a person that keep his word, But as I see an fully understand now that my truck is still in Pittsburg an recieved nothing., Thats nice of him to sale my station o made it look that way!

An also sir I found it to be interesting that my eatery just cant see me even over a cup of coffee I neaver held Shanon to a payment plan because I do like to eat here an there., But you know why cant I even understand Rob a man that I known an trusted to pay you instead of me? this isnt enough is it mr Lilie Your in my medical statues your in My S.S.I. payment alotments yes part of my Last review look I'm new at the table, But well some orintated to know your not only a person of interest but a con man with

//
//

# CLAIMS

## First Claim

upon me were deprivation in all degree

(Name the law or right violated: Sin the rights that was inflicted)

(Name the defendants who violated it: It's hard to subject it one person, Because all was apart out used Chief Anderton

[Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

Yes right knee - Right shoulder right testical Mental anguish stress herrasted 27-7 property. I have days when I say to myself Ronnie could this be the day or the night That you either win or lose only the Lord can answer a question of such statuse? Contenue
1) With a passion for cousing people too. become a side show for your amusement & you all up in my town houses an condos us you'll eat my half of a Federal Appartments across the street full of misunderstood reasidence that couldn't just evict due to death thearts I received no form of income from anyone & the 4 appartments seem following the gas station us ten Why do you act like Mr Adalentor to a degree? As your best friend Pittsburgs Mayer now I feel the pinch

//

- 6 -

Crime against Humanity **Claim**

(Name the law or right violated: Why I don't get to enjoy)
(Name the defendants who violated it: a Tax return.)

All of them, who followed + harrassed victem to where relationships with the opposet sex were subjected to the same

. Lied on to the degree that pepole started look left right they see me an go the other way or will not come outside. I may find 1 or two pepole that set an conversate but when I say something about my situation they find reason to say I got something I have to do

. I have no reason of lieing, look at the taps of Pittsburg mainly down town 10th St across to the water front an this is everyday night in public places Buses, they even subject my Sister, like now theyer on top of Post office I don't know just what it is that theyer spereading on me but But the camras get him good
 
COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – 05/17]

## DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

For those to pay retribution for all that was taken & those of Authority to with interest because of them I am now a subject to over are in cococo an every Act of the country an thay even put contracts on my dismay

## DEMAND FOR JURY TRIAL

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 3/13/25    Sign Name: Ronnie L Briggs
                 Print Name: Ronnie Briggs

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE – 05/17]

- 8 -

*[Copy this page and insert it where you need additional space.]*

. I hope that that pully was a calling card? I wish you an those a very nice summer thank you for being someone I didn't need as a manager or a friend, Because your friendship has cost me dearly. Oh by the way my I.D.s & Lic are part of your expressions of keeping your personal friends at your call when you feel or think I'm on to something but I feel an think its better to keep you as you are? An enimy of a concern kind.

. So whomever is intitaled to their own appenyon & send them a very nice I wish you was still here by

Ronnie Briggs

3/23/25

COMPLAINT
PAGE ___ OF ___   *[JDC TEMPLATE – 05/17]*