UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONNIE LYNN BRIGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PITTSBURG MAYOR, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-02266-PHK<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE AN AMENDED FINANCIAL AFFIDAVIT**<br><br>Re: Dkt. 7 |

# ORDER TO SHOW CAUSE

On June 4, 2025, the Court issued an order denying Plaintiff Ronnie Lynn Briggs's application to proceed *in forma pauperis* and granting him thirty (30) days to file an amended financial affidavit. [Dkt. 7]. In the order, the Court warned Plaintiff Briggs:

> If Plaintiff Briggs fails to file a revised in forma pauperis application or fails to pay the filing fee within that thirty-day period, that may result in negative consequences for this case. For example, the Court may issue an Order directing the Clerk to reassign this case to a District Judge along with a recommendation that this case be dismissed for failure to prosecute and/or comply with Court orders.

*Id.* Plaintiff Briggs's amended financial affidavit was due: July 5, 2025. *Id.* To date, Plaintiff Briggs has not filed an amended affidavit or otherwise communicated with the Court regarding this deficiency.

//

//

//

//

1   Accordingly, the Court **ORDERS PLAINTIFF TO SHOW CAUSE IN WRITING** by
2   **August 7, 2025**, why this case should not be dismissed for failure to prosecute and/or failure to
3   comply with a court order.  Plaintiff Briggs may satisfy this Order by filing a fully completed
4   amended financial affidavit.  Failure to timely respond to this Order may result in the dismissal of
5   this action.

6   Plaintiff Briggs is also **ORDERED** to update his contact information, including his
7   telephone number, with the Clerk of Court.

8   **IT IS SO ORDERED.**

9   Dated: July 8, 2025

_____
PETER H. KANG
United States Magistrate Judge

2