UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONNIE LYNN BRIGGS,

Plaintiff,

v.

PITTSBURG MAYOR, et al.,

Defendants.

Case No. 25-cv-02266-WHO

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE**

Re: Dkt. No. 15

On February 18, 2026, Magistrate Judge Peter Kang issued a Report and Recommendation, recommending that this case be dismissed without prejudice for failure to keep the Court informed of his current mailing address. Dkt. No. 15. As Judge Kang explained, pro se plaintiff Ronnie Briggs failed to sufficiently complete his application to proceed *in forma pauperis*. *Id.* Judge Kang ordered Briggs to file a revised application within thirty days of his June 5, 2025, Order. Briggs failed to do so, and Judge Kang issued an Order to Show Cause on July 8, 2025. *See* Dkt. No. 8. In the Order to Show Cause, Judge Kang also ordered Briggs to update his contact information with the Clerk of Court. *Id.* Briggs failed to respond to that Order. All of Briggs's mail has been returned to the Court as undeliverable. *See* Dkt. Nos. 10, 12, 13, 14, 18.

Objections to the Report and Recommendation were due on March 4, 2026. As of the date of this Order, no objection or other response to the Report and Recommendation has been received.

As Judge Kang noted, the Civil Local Rules of the Northern District of California require attorneys and individuals proceeding *pro se* to keep the Court up to date with current mailing information. *See* Civil L.R. 3-11(a) (requiring a response to the Court's request for an updated address within 60 days). Mr. Briggs has failed to do so here. Having reviewed the docket, Judge Kang's Order to Show Cause, and the Report and Recommendation, I adopt the Report and

Recommendation in full.  This case is DISMISSED WITHOUT PREJUDICE for Briggs's failure to keep the Court informed of his current address.

**IT IS SO ORDERED.**

Dated: March 11, 2026



William H. Orrick
United States District Judge